**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| Karen Crutcher, | Civil Action No.: 3:14-cv-50212 |
| Plaintiff, | |
| v. | |
| Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Synchrony Bank f/k/a GE Capital Retail Bank without prejudice. Should Plaintiff not file a request to reinstate within sixty (60) days, said dismissal shall be with prejudice.

DATED: January 7, 2015

Karen Crutcher						Synchrony Bank f/k/a GE Capital Retail Bank

/s/ *Sergei Lemberg*					/s/ *Timothy R. Carraher*
Sergei Lemberg, Esq.					Timothy R. Carraher
LEMBERG LAW, LLC					Reed Smith LLP
1100 Summer Street, 3rd Floor				REED SMITH LLP
Stamford, CT 06905					10 South Wacker Drive, 40th Floor
(203) 653-2250						Chicago, IL 60606
slemberg@lemberglaw.com				(312) 207-1000
Attorney for Plaintiff					tcarraher@reedsmith.com
							Attorney for Defendant

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Timothy R. Carraher
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

                                                              By /s/ *Sergei Lemberg*
                                                                  Sergei Lemberg